No. 89. DEPARTMENT OF CONSERVATION OF LOUISIANA ET AL. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 132. NATIONAL COAL ASSOCIATION ET AL. *v.* FEDERAL POWER COMMISSION. October 8, 1945. Petitions

for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Fred S. LeBlanc,* Attorney General of Louisiana, and *Mr. E. Leland Richardson* for petitioners in No. 89. *Messrs. Tom J. McGrath, Welly K. Hopkins* and *James W. Haley* for petitioners in No. 132. *Solicitor General Fahy, Assistant Attorney General Shea, Messrs. Paul A. Sweeney, Jerome H. Simonds* and *Charles V. Shannon* for the Federal Power Commission. *William F. Barry,* Solicitor General of Tennessee, for the State of Tennessee, and *Messrs. T. A. McEachern, Jr., Charles C. Crabtree* and *Hamilton E. Little* for the Memphis Natural Gas Co. et al., respondents in No. 89. Reported below: 148 F. 2d 746.